IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONNIE L. BROUGHTON, JR. | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 12-609-M |
| CAROLYN W. COLVIN, Commission of Social Security, | : | |
| Defendant. | : | |

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Donnie L. Broughton, Jr.

DONE this 24th day of May, 2013.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE