```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

DONNIE L. BROUGHTON, JR.              :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :     CIVIL ACTION 12-609-M
                                      :
CAROLYN W. COLVIN,                    :
Commission of Social Security,        :
                                      :
    Defendant.                        :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Donnie L. Broughton, Jr.

DONE this 24th day of May, 2013.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE